# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**SAMMIE HENRY PETTIS, # 72630**                                                   **PLAINTIFF**

**VERSUS**                                         **CIVIL ACTION NO. 2:20cv147-KS-MTP**

**WALMART**                                                                          **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the __7th__ day of October, 2020.

              s/Keith Starrett
UNITED STATES DISTRICT JUDGE